## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| SECURITIES & EXCHANGE COMMISSION,<br><br>           Plaintiff,<br><br>    v.<br><br>ELIYAHU WEINSTEIN, *et al.*,<br><br>           Defendants. | Civil Action No. 23-3848 (MAS) (RLS)<br><br>**ORDER** |

This matter comes before the Court upon the United States's ("Government") Motion for Leave to Intervene and for a Stay. (ECF No. 26.) Defendant Aryeh L. Bromberg ("Bromberg") filed an opposition (ECF No. 35), and the Government replied (ECF No. 38). The Court has carefully considered the submissions of the Government and Bromberg and decides the matter without oral argument pursuant to Local Civil Rule 78.1. For the reasons set forth in the accompanying Memorandum Opinion,

**IT IS** on this 5th day of March 2024, **ORDERED** that:

1.    The Government's Motion to Intervene and to Stay Civil Discovery (ECF No. 26) is **GRANTED**.

2.    Discovery in the Civil Case is stayed until the Court lifts the stay[1] or all of the following cases reach a resolution:

- *United States v. Eliyahu Weinstein, Aryeh L. Bromberg, Joel L. Wittels, Shlomo Erez, and Alaa Mohamed Hattab*, Mag. No. 21-11371 (AME);

---

[1] As set forth below, the Court intends to closely monitor the relevant criminal cases. If appropriate, the Court may permit Defendants to move to lift the stay in this matter.

- *United States v. Richard M. Curry*, Crim. No. 23-689 (MAS); and

- *United States v. Christopher Anderson*, Crim. No. 23-684 (MAS) (collectively "Criminal Cases").

3.    Counsel for the Government shall provide the Court with progress reports regarding the status of the Criminal Cases on a quarterly basis starting April 1, 2024, or within one week of any significant update in any of the Criminal Cases.

MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE