

**U.S. Department of Justice**
*United States Attorney*
*District of New Jersey*

*970 Broad Street*  *973-645-2700*
*Newark, New Jersey 07102*

November 19, 2024

**VIA ECF**
Honorable Michael Shipp
United States District Judge
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:    Securities and Exchange Commission v. Eliyahu
               Weinstein, *et al.*,
               Civ. No. 23-cv-03848 (MAS-RLS)

Dear Judge Shipp:

      Pursuant to the Court's Order dated March 5, 2024, the Government writes to provide the Court with an update on the status of the parallel criminal cases arising from the same operative facts as the complaint in the above-referenced matter.

### *United States v. Eliyahu Weinstein and Aryeh Bromberg*, 24-CR-128 (MAS)

      On October 10, 2024, a grand jury returned a superseding indictment against Eliyahu Weinstein and Aryeh Bromberg, charging each defendant with conspiracy to commit securities fraud in violation of 18 U.S.C. § 371 (count one); securities fraud in violation of 15 U.S.C. §§ 78j(b), 77ff, and 17 C.F.R. § 240.10b-5 (count two); conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349 (count three); wire fraud in violation in violation of 18 U.S.C. § 1343 (counts four through six); conspiracy to commit money laundering in violation of 18 U.S.C. § 1956(h) (count seven); transacting in criminal proceeds in violation of 18 U.S.C. § 1957 (count eight); conspiracy to make false statements to and conceal material facts from the United States Probation Office ("Probation") in violation of 18 U.S.C. § 371 (count nine); false statements to and concealment of material facts from Probation in violation of 18 U.S.C. § 1001 (counts ten through thirteen); conspiracy to obstruct justice in violation of 18 U.S.C. § 1512(k) (count fourteen); and obstruction of justice in violation of 18 U.S.C. § 1512(b)(3) (count fifteen). The Superseding Indictment also charges Weinstein only with destruction of objects to impede a federal investigation in

violation of 18 U.S.C. § 1519  (count sixteen) and obstruction of justice in violation of 18 U.S.C. § 1512(c)(3) (count seventeen).   24 CR-128, ECF No. 172. Both defendants have pled not guilty to all the charges. Trial in this matter is scheduled to begin on February 3, 2025.

### *United States v. Joel Wittels*, 24-CR-210 (MAS)

On March 27, 2024, Joel Wittels pled guilty to an information charging him with conspiracy to commit securities fraud, conspiracy to commit obstruction of justice, and conspiracy to engage in the unlawful wholesale distributions of drugs, all in violation of 18 U.S.C. § 371. Sentencing is scheduled for February 11, 2025.

### *United States v. Alaa Hattab*, 23-CR-866 (MAS)

On November 2, 2023, Alaa Hattab pled guilty to an information charging him with conspiracy to commit securities fraud in violation of 18 U.S.C. § 371. Sentencing is scheduled for March 6, 2025.

### *United States v. Christopher Anderson,* 23-CR-684 (MAS)

On August 30, 2023, Christopher Anderson pled guilty to an information charging him with conspiracy to commit securities fraud in violation of 18 U.S.C. § 371. Sentencing is scheduled for February 4, 2025.

### *United States v. Richard Curry*, 23-CR-689 (MAS)

On August 30, 2023, Richard Curry pled guilty to an information charging him with conspiracy to commit securities fraud in violation of 18 U.S.C. § 371. Sentencing is scheduled for March 11, 2025.

*United States v. Shlomo Erez*, 24-CR-354 (MAS)

On May 28, 2024, Shlomo Erez pled guilty to an information charging him with conspiracy to commit securities fraud and conspiracy to obstruct justice in violation of 18 U.S.C. § 371, and conspiracy to commit money laundering in violation of 18 U.S.C. § 1956(h). Sentencing has been adjourned without a new date.

                                      PHILIP R. SELLINGER
                                      United States Attorney

By:   *s/Jonathan Fayer*
       JONATHAN FAYER
       CAROLYN SILANE
       MARK PESCE
       Assistant United States Attorneys

cc:  All counsel (via ECF)