

**U.S. Department of Justice**
*United States Attorney*
*District of New Jersey*

*970 Broad Street*  *973-645-2700*
*Newark, New Jersey 07102*

June 5, 2025

**<u>VIA ECF</u>**
Honorable Michael Shipp
United States District Judge
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:    Securities and Exchange Commission v. Eliyahu Weinstein, *et al.*,
              Civ. No. 23-cv-03848 (MAS-RLS)

Dear Judge Shipp:

      Pursuant to the Court's Order dated March 5, 2024, the Government writes to provide the Court with an update on the status of the parallel criminal cases arising from the same operative facts as the complaint in the above-referenced matter.

### *United States v. Eliyahu Weinstein and Aryeh Bromberg*, 24-CR-128 (MAS)

      On February 18, 2025, the Court began jury selection for the criminal trial of Eliyahu Weinstein and Aryeh Bromberg. On March 31, 2025, after an approximately 6-week trial, Weinstein and Bromberg were convicted of most counts in the Superseding Indictment. Specifically, Weinstein and Bromberg were both convicted of conspiracy to commit securities fraud in violation of 18 U.S.C. § 371 (count one); securities fraud in violation of 15 U.S.C. §§ 78j(b), 77ff, and 17 C.F.R. § 240.10b-5 (count two); conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349 (count three); wire fraud in violation in violation of 18 U.S.C. § 1343 (counts four through six); conspiracy to commit money laundering in violation of 18 U.S.C. § 1956(h) (count seven); transacting in criminal proceeds in violation of 18 U.S.C. § 1957 (count eight); conspiracy to make false statements to and conceal material facts from the United States Probation Office ("Probation") in violation of 18 U.S.C. § 371 (count nine); conspiracy to obstruct justice in violation of 18 U.S.C. § 1512(k) (count fourteen); and obstruction of justice in violation of 18 U.S.C. § 1512(b)(3) (count fifteen). Weinstein

was also convicted of false statements to and concealment of material facts from Probation in violation of 18 U.S.C. § 1001 (counts ten through thirteen). Sentencing for Weinstein and Bromberg is scheduled for September 17, 2025.

### *United States v. Joel Wittels*, 24-CR-210 (MAS)

On March 27, 2024, Joel Wittels pled guilty to an Information charging him with conspiracy to commit securities fraud, conspiracy to commit obstruction of justice, and conspiracy to engage in the unlawful wholesale distributions of drugs, all in violation of 18 U.S.C. § 371. Sentencing is scheduled for July 23, 2025.

### *United States v. Alaa Hattab*, 23-CR-866 (MAS)

On November 2, 2023, Alaa Hattab pled guilty to an Information charging him with conspiracy to commit securities fraud in violation of 18 U.S.C. § 371. Sentencing is scheduled for July 24, 2025.

### *United States v. Christopher Anderson,* 23-CR-684 (MAS)

On August 30, 2023, Christopher Anderson pled guilty to an Information charging him with conspiracy to commit securities fraud in violation of 18 U.S.C. § 371. Sentencing is scheduled for July 23, 2025.

### *United States v. Richard Curry*, 23-CR-689 (MAS) and 24-CR-644 (MAS)

On August 30, 2023, Richard Curry pled guilty to an Information charging him with conspiracy to commit securities fraud in violation of 18 U.S.C. § 371. On October 3, 2024, Curry pled guilty to an Information charging him with conspiracy to engage in the unlawful wholesale distributions of drugs, in violation of 18 U.S.C. § 371. Sentencing is scheduled for August 21, 2025.

### *United States v. Shlomo Erez*, 24-CR-354 (MAS)

On May 28, 2024, Shlomo Erez pled guilty to an Information charging him with conspiracy to commit securities fraud and conspiracy to obstruct justice in violation of 18 U.S.C. § 371, and conspiracy to commit money laundering in violation of 18

U.S.C. § 1956(h). Sentencing has been adjourned without a new date.

                ALINA HABBA
                United States Attorney

      By:   *s/Mark Pesce*
            JONATHAN FAYER
            CAROLYN SILANE
            MARK PESCE
            Assistant United States Attorneys

cc: All counsel (via ECF)